IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH BERBERICH,
                    Appellant,
vs.
BANK OF AMERICA, N.A.; AND
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
                    Respondents.

No. 83294

**FILED**

MAR 01 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
    Janet Trost, Settlement Judge
    Hong & Hong
    Akerman LLP/Las Vegas
    Eighth District Court Clerk

22-06548